FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 13 PM 4:13
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA        *
                                *
        v.                      *       CR 313-007-01
                                *
LASHAWN S. RUSHING              *

O R D E R

On March 12, 2018, Defendant filed a motion to reduce his sentence pursuant to Amendments 782 and 788 to the United States Sentencing Guidelines.

At his sentencing hearing on July 22, 2014, Defendant's advisory guideline range was determined to be 235 to 240 months. Defendant was sentenced to serve 240 months imprisonment. A few months later, on November 1, 2014, Amendment 782 took effect, which implemented a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines.[1] As a result, Defendant's guideline range was lowered to 188 to 235 months.

In April of 2015, Defendant filed a motion to reduce his sentence based upon the lower guideline range. Upon

---

[1] Amendment 788, which is also referenced by Defendant, provided that a criminal offender could not be released on the basis of Amendment 782 before November 1, 2015.

consideration of the policy statement set forth in U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), this Court reduced Defendant's sentence to 235 months.[2] (See Order of May 26, 2015.) Thus, Defendant has already received the benefit of the guideline change occasioned by Amendment 782.

Upon the foregoing, Defendant's motion to reduce sentence (doc. no. 186) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_13th\_\_\_ day of March, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

---

[2] Defendant claims that he has no memory of having filed a motion for sentence reduction in April 2015. The Clerk is directed to send a copy of his prior motion (doc. no. 127) and the Court's Order (doc. no. 129) to Defendant with the service copy of this Order. Of note, at the time Defendant filed his prior motion, this Court was undertaking a review of all its cases involving drug trafficking offenses. Accordingly, the Court would have reduced Defendant's sentence to 235 months *sua sponte* even if he had not filed a motion.